RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MONIQUE KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Monique_Kirtley@fd.org

Attorney for Shaun Hall

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>SHAUN HALL,<br><br>        Defendant. | Case No. 2:18-cr-077-JCM-GWF<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Elham Roohani, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Monique Kirtley, Assistant Federal Public Defender, counsel for Shaun Hall, that the Sentencing Hearing currently scheduled on October 15, 2018 at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1.    Counsel needs additional time to review the presentence report with Mr. Hall and to obtain letters in support of sentencing.

2.    The defendant is in custody and does not oppose a continuance.

3.    The parties agree to the continuance.

1  This is the second request for a continuance of the sentencing hearing.

2  DATED this 24th day of September, 2018.

RENE L. VALLADARES  
Federal Public Defender

*/s/ Monique Kirtley*  
By_____  
MONIQUE KIRTLEY  
Assistant Federal Public Defender

DAYLE ELIESON  
United States Attorney

*/s/ Elham Roohani*  
By_____  
ELHAM ROOHANI  
Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

|   |   |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SHAUN HALL,<br><br>    Defendant. | Case No. 2:18-cr-077-JCM-GWF<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Monday, October 15, 2018 at 10:00 a.m., be vacated and continued to **Wednesday, January 16, 2019 at 10:00 a.m.**

DATED September 27, 2018.

_____
UNITED STATES DISTRICT JUDGE