RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MONIQUE KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Monique_Kirtley@fd.org

Attorney for Shaun Hall

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-077-JCM-GWF |
| Plaintiff, | **STIPULATION TO CONTINUE** |
| v. | **SENTENCING HEARING** |
| SHAUN HALL, | (Third Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Elham Roohani, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Monique Kirtley, Assistant Federal Public Defender, counsel for Shaun Hall, that the Sentencing Hearing currently scheduled on January 16, 2019at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.      Counsel needs additional time to review the presentence report with Mr. Hall and to obtain letters in support of sentencing.

2.      The defendant is in custody and does not oppose a continuance.

3.      The parties agree to the continuance.

1        This is the third request for a continuance of the sentencing hearing.

2        DATED this 8th day of January, 2019.

3

4    RENE L. VALLADARES                      DAYLE ELIESON
     Federal Public Defender                 United States Attorney

5

6         */s/ Monique Kirtley*                   */s/ Elham Roohani*
     By_____    By_____

7    MONIQUE KIRTLEY                         ELHAM ROOHANI
     Assistant Federal Public Defender       Assistant United States Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-077-JCM-GWF |
| Plaintiff, | **ORDER** |
| v. | |
| SHAUN HALL, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Wednesday, January 16, 2019 at 10:00 a.m., be vacated and continued to March 19, 2019, at 10:00 a.m.                                        ; or to a time and date convenient to the court.

DATED January 10, 2019.

_____
UNITED STATES DISTRICT JUDGE